UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **R.J. ZAYED, in his capacity as court appointed receiver for the Estates of Trevor G. Cook, Patrick J. Kiley, Jason Bo-Alan Beckman, UBS Diversified Growth, LLC, Market Shot, LLC, Oxford Global Advisors, LLC, Oxford Global Partners, LLC, Oxford Global FX, LLC, Oxford Growth FX L.P., and other Receivership Entities,**<br><br>    **The Receiver,**<br><br>v.<br><br>**PEREGRINE FINANCIAL GROUP, INC.,**<br><br>    **Defendant.** | Case No. 12-cv-00269 |

**NOTICE OF FILING BANKRUPTCY AND AUTOMATIC STAY**

**NOW COMES** Defendant, Peregrine Financial Group, Inc. ("PFG"), by and through its undersigned attorneys, hereby advises this Court and Plaintiffs' counsel that on July 10, 2012, PFG voluntarily commenced a Chapter 7 Bankruptcy proceeding in the United States Bankruptcy Court for the Northern District of Illinois.  The Bankruptcy proceeding was assigned Case No. 12-27488.

Pursuant to the provisions of 11 U.S.C. § 362(a), the commencement or continuation of a judicial action against PFG herein is stayed.  Accordingly, PFG requests this Court honor such stay and prohibit further action against PFG.

4828-5497-8576.1

                                KUTAK ROCK LLP

Dated: July 12, 2012          By:  s/ Jessica L. Roe
                                             Jessica L. Roe, #250867
                                             U.S. Bank Plaza South
                                             220 South Sixth St., Suite 1750
                                             Minneapolis, MN  55402
                                             612-334-5000
                                             612-334-5050 (fax)