# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

R.J. Zayed, et al,  
*in his capacity as Court-Appointed*  
*Receiver for the Estate of Trevor G. Cook*

        Plaintiffs,

v.

Peregrine Financial Group, Inc.,

        Defendant.

12-cv-269 (MJD/FLN)

**ORDER**

---

It appearing that proceedings in the above matter having been stayed pending the disposition of bankruptcy proceedings.

**IT IS HEREBY ORDERED** that the Clerk administratively terminate the action in his records, without prejudice to the right of any party to move to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: July 13, 2012

        s/Michael J. Davis  
        Michael J. Davis  
        Chief Judge  
        United States District Court